IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

DEFENSE DISTRIBUTED and   )   Case No. 1:18-CV-637-RO

SECOND AMENDMENT          )

FOUNDATION, INC.,         )

    Plaintiffs,          )

v.                        )

GURBIR GREWAL, in his     )

Official capacity as      )

New Jersey Attorney       )

General; MICHAEL FEUER,   )

in his official capacity  )

as Los Angeles City       )

Attorney; ANDREW CUOMO,   )

in his official capacity  )

as New York Governor;     )

MATTHEW DENN, in his      )

official capacity as      )

Attorney General of the   )

State of Delaware; JOSH   )

SHAPIRO, in his official  )

capacity as Attorney      )

General of Pennsylvania;  )

and THOMAS WOLF, in his   )

official capacity as      )

Pennsylvania Governor,    )

    Defendants.          )


  * * * * * * * * * * * * * * * * * * * * * * *

AUDIOTAPE TRANSCRIPTION OF

GOVERNOR SIGNS GHOST GUN BILL

https://www.youtube.com/watch?v=lJiQ6iFH5x4

* * * * * * * * * * * * * * * * * * * * * *

TRANSCRIBED BY Donnette Cowgill

P R O C E E D I N G S

MR. RESIK: Good afternoon, everyone. My name is John Resik (phonetic) and I'm a freshman, studying at Princeton University. I grew up in Jersey City where, unfortunately, gun violence seemed to surround our community every single day, taking needless lives and cutting short the potential of so many. I have family that still lives in Jersey City and while it continues to get better and better, there's still needless gun violence on the streets.

Last month, news broke that 11 people had been killed at a Pittsburgh synagogue but closer to home that same weekend, Jersey City teen, Jade Saunders (phonetic) was shot and killed in front of her friends. This type of violence cannot continue. It is through the sustained efforts of our leaders that we can work toward a safer future where no person has to worry about having their life cut short for fear of a gun.

Thanks to some of the strictest gun safety laws in the nation, New Jersey has one of the lowest gun death rates in the country. Since taking office, Governor Murphy has done a phenomenal job in enacting legislation to protect the citizens of New

Jersey. Rather than a reaction-based approach to gun safety, Governor Murphy has proactively signed important laws that take commonsense steps to make us safer. He has mandated background checks, helped put a system in place to keep guns out of the hands of people who should not have them, and vowed to do so much more. Today, we take another stop toward a better New Jersey as the governor prepares to sign legislation that will outlaw ghost guns in this state.

No weapon should ever be untraceable and after today, our communities will not have to worry about these firearms. Thank you to Governor Murphy, to Attorney General Gurbir Grewal, and all the legislators who came and worked together to make this a reality for the citizens of New Jersey. It is because of your continued efforts that the people of New Jersey and the children of our state will live and grow in a safer community.

Now it is my honor to introduce Governor Phil Murphy.

GOVERNOR MURPHY: Thank you, John. Man, I'm a big John fan. Thank you, John Resik, for that -- for your introduction, for your efforts in our fight against gun violence. Your generation has

already shown so much courage and resolve and I urge you to keep at it.  And your brother, Peter, I think lives in Squirrel Hill, right?

MR. RESIK:  Yeah, he does.

GOVERNOR MURPHY:  In Pittsburgh, and I read your piece about that.

Before we jump into a -- the topic of the day, which was scheduled before what happened overnight -- but last night, we were given another reminder as to why we need you, John, and your peers to never give up.  In Thousand Oaks, California, another mass shooting.  This time at a club hosting a college theme night.  Eleven people who went out just to be with their friends are now dead.  A heroic Ventura County Sheriff's Sergeant responding to the scene, Ron Helus, was also murdered.

Attorney General Grewal and I were both at the Blue Mass at the cathedral in Newark this morning for fallen officers, which reminds us of the indelible impact that gun violence has on all of us but also it's had on the lives of our law enforcement brothers, sisters, and families.

Another 12 Americans whose lives have been cut short by senseless gun violence.  At what point do we finally wake up to the reality that we remain

the only advanced society that tolerates such horror on such a regular basis?  At what point do we wake up to the reality that we're the only advanced nation so awash in easy-to-access guns?  When do we finally put two and two together?  We dedicate today and all of our efforts going forward to the simple and commonsense premise that mass murder is not the price we have to pay for the Second Amendment?

Peter and John and his generation have already done more in the last year to move this conversation forward than my generation, our generation, has done in decades.  We need to listen. We need to act.  And today we're doing just that.

It is an honor to stand up here with the Attorney General, Gurbir Grewal -- honored to be with you, General -- and dear friend, Senator Joe Cryan, and importantly, not just Senator Joe Cryan, a dear friend, former Sheriff Joe Cryan from Union County.  Also honored in the front row, in Seat 1A, to be joined by Mercer County Executive Brian Hughes; Senior Advisor to my office, and dear friend, on gun safety matters, Bill Castner; and the rock in legislative 15th representatives, Senator Shirley Turner, Assemblywoman Verlina Renolds-Jackson and Assemblyman Anthony Verelli.  It's an

honor to be with you and, as usual, with the panoply and colors of t-shirts with us today, more red than blue, by the way.  The Brady folks are in the house but the moms are here in the house in a big way. But it's great to have you all here.

We're here for an important purpose. We're here to close a dangerous loophole in our gun laws and to expressly outlaw so-called ghost guns here in New Jersey.  We are ensuring that anyone caught possessing a homemade or a 3D printed firearm, meaning guns manufactured specifically to be untraceable by law enforcement, will be prosecuted to the fullest extent of the law and face up to five years in prison.

The Attorney General has been a national leader in this fight.  Last June he issued a cease and desist letter to the companies that deal in ghost guns, saying explicitly that New Jersey is off limits to them.  He joined like-minded attorneys general in successfully stopping in federal court the release of blueprints that would've allowed anyone with a computer and access to a 3D printer the ability to build their own, untraceable firearm. This law that we're going to sign today further backs up his efforts, and I thank him for all that

he has done.  Thank you, Gurbir.

I thank Senator Cryan for his leadership, generally, and specifically for sponsoring this bill along with Senator Nick Scutari, Assemblyman Paul Moriarty -- and I was back and forth with Paul many times this morning, talking about last night in Thousand Oaks and the importance of what we're doing today -- Assemblyman Gary Schaer, and Assemblywoman Annette Quijano, was well as the overwhelming majority in the legislature who passed this bill -- and I might add by tremendous bipartisan margins.

These votes show that, unlike in Washington, we could -- we can work across the aisle to pass commonsense gun safety laws.  The NRA, to the surprise of absolutely no one, has mocked the effort to outlaw ghost guns.  Well, let them explain why they would protect criminals who attempt to get around our laws by buying ghost gun kits and building untraceable guns.  I can't wait to hear their excuses as to why.  Somehow, by some extreme stretch of poorly conceived logic, untraceable and undetectable ghost guns are a good thing that need to be protected, not made illegal.  I just don't get it.

Already this year, we have taken action to

ensure that our gun laws have the strength they need to make our communities and families safer.  Signing the first package of bills on June 13 ranks as one of the most fulfilling days of my administration.  But we continue to do more because we must.  The attorney general has taken the unprecedented step of naming and shaming the sources of crime guns that flow into New Jersey from states with lax laws.

I have said it before, I will say it again:  plus or minus 80 percent of the crimes committed -- gun crimes committed in this state are committed with guns that illegally came into New Jersey from outside of New Jersey, which means we can't do this just by our self, although we have to continue to do that; therefore, we've joined with our fellow states in partnership to undertake important gun safety research that Congress stubbornly forbids.

Last week, I stood with the attorney general and Assembly Majority Leader Lou Greenwald to unveil our next round of commonsense bills that will close remaining loopholes, institute sensible regulations on ammunition sales, speed the development of smart gun technology, and combat gun violence in our communities, like Jersey City.

We have all shared the shock and despair of our fellow Americans following these mass shootings, whether it was in Parkland, in Annapolis, Pittsburgh, and now Thousand Oaks.  But we've been spurred to act by the need to combat gun violence right here in our own communities, right here including in Trenton, which is why it's so important that the legislators who do such an extraordinary job are with us today.

I will not let the next generation of New Jerseyans grow up in fear.  I have no intention of letting up in the fight for commonsense gun safety, and I know the leaders up here with me and in the first row with me don't intend to let up.  I know the grassroots advocates and activists, who have been so strong through this fight and who I'm honored to stand shoulder-to-shoulder with, don't either.

I particularly want to acknowledge the efforts of the Giffords Law Center, which brought this issue to our attention and Every Town For Gun Safety and the Brady Campaign to Prevent Gun Violence, which helped us along the way.

We must change the conversation and we will.  We will not let the NRA and their small

fringe of extremists instill their guns-in-every-corner beliefs here in New Jersey.  Together, we will win this battle.  It may be one step at a time, one commonsense law at a time, but we will win it.

Thank you all so much, again, for everything you do, particular our leaders here, our activists -- thank you for everything.  It's now my honor to introduce the attorney general of the great state of New Jersey, Gurbir Grewal.

ATTORNEY GENERAL GREWAL:  Thank you, Governor, and good afternoon everyone.

Here we are, yet again, gathering after another tragedy, another mass shooting, another law enforcement officer killed, another community in mourning, another list of lives lost and families shattered.  Now, while we don't know the full story of what transpired in Thousand Oaks, California, last night, we know this:  enough is enough.

And so we gather this afternoon, committed as ever in our efforts to ensure public safety, to ensure law enforcement safety, to ensure lawful gun ownership, to combat the gun violence that plagues communities across our state, and importantly, to prevent the next Sandy Hook; the next Aurora, Colorado; the next Oak Creek; the next Las Vegas;

Parkland; Pittsburgh; and now Thousand Oaks.  And today, we're doing that by closing dangerous loopholes in our existing laws -- loopholes that some companies and individuals have tried to exploit.

This summer, for example, a Texan named Cody Wilson promised to publicly release computer files that would let anyone, even terrorists, felons, and domestic abusers, create firearms using a 3D printer.  These guns would have no serial numbers, meaning that they would be untraceable, making it more difficult for our law enforcement officers to solve gun crimes.  And because some of these weapons would be made entirely of plastic, they wouldn't necessarily activate metal detectors. That meant these weapons would be particularly appealing to anyone trying to access a secure facility, whether it was a courthouse, an airport, or a government building.

And so back in July, we successfully challenged Cody Wilson in court.  We obtained legal orders that temporarily halted the release of these codes.  But his supporters are not relenting, they're still trying to release these codes online. And so it's clear that we need stronger tools to

stop them, tools like the -- excuse me -- tools like the legislation crafted by Senator Cryan and that Governor Murphy is signing today.

But it's not just about printable guns. We have similar concerns about the so-called ghost gun industry. These folks know that they can't sell their weapons -- weapons like assault weapons -- into New Jersey. So instead, they sell all the parts for these weapons and then provide a link to a video that shows you how to build them at home. So they essentially sell you weapons that you couldn't otherwise buy in the Garden State. And they sell you these weapons without conducting any background checks. And they sell you these weapons without serial numbers on them so we can't trace them or link them to their owners when they're found in connection with gun crimes.

Their conduct poses a serious and immediate threat to the community and to our law enforcement officers. But they believe that they can do all of this with impunity because they're not technically selling fully assembled assault weapons. And so they incorrectly believe that our firearms laws don't apply to them.

So earlier this year, we went after some

of the biggest players in this industry.  We told them that they were wrong on the law.  We told them that they were, in fact, breaking the law here in New Jersey by selling those weapons here.  And we told them to stop.  And some of them complied.  But others did not, and so those investigations are ongoing at this time.

But in both of those cases, bad actors were trying to take advantage of loopholes because no law squarely addressed printable guns or ghost guns.  So we had to rely on other laws, like our public nuisance law or our assault weapons law, to fight back.  Now, don't get me wrong:  Those laws are important and they're great tools and they helped us stop the spread of these dangerous, untraceable weapons, but a law right on point strengthens law enforcement's hand even more.

And so today, there is no question that printable guns and ghost guns are deadly and selling them in New Jersey is illegal.  And that's why I'm so proud to support Governor Murphy's efforts and the legislature's efforts to close those loopholes, to stop the next Cody Wilson, to fight the ghost gun industry, and to regulate the next dangerous gun models before they spread into our communities.

And here's my message today to anyone who is contemplating making a printable gun or to the next ghost gun company trying to sell their dangerous weapons into New Jersey:  Your products are unlawful and if you break our laws we will come after you.  And to anyone else who thinks of trying to find other loopholes in our laws, especially to sell dangerous firearms, we're just as committed to stopping each of you.  The safety of our residents, the safety of our law enforcement officers demands nothing less.

Thank you.

GOVERNOR MURPHY:  Well said, man. Well said.  Well said and thank you, General, for your leadership on this and so many other matters.

I -- I can't say enough good things about the leadership and the public service of Senator Joe Cryan, a guy who's got courage, who's willing to stand up and speak truth to power, will occasionally give me a -- a shot upside the head to make sure I got my head screwed on straight, and I particularly can't thank him enough -- he has to get in line, by the way, to do that -- I -- I particularly can't thank him enough for his leadership on this incredibly important piece of legislation.  Ladies

and gentleman, Senator Joe Cryan.

SENATOR CRYAN:  Thank you, Governor.  Thank you.  Thank you.  Thank you.  Thank you, Governor, and thanks for -- for the nice intro.

I just want to begin by acknowledging John again.  We had a chance to chat, the three -- the four of us, in the back.  John's a -- John's got a remarkable story.  Grew up Jersey City.  His brother, who was in Squirrel Hill, goes to Carnegie-Mellon.  John's twin, Anna, was accepted to all eight -- all nine Ivy League schools, eight Ivy --

MR. RESIK:  Eight.

SENATOR CRYAN:  -- all eight Ivy League schools.  She chose Brown, for those of you that are counting.  So John is the slouch in the family.  He's -- he's in his freshman year in Princeton.  So -- so John, thank you for being here.

MR. RESIK:  Thank you.

SENATOR CRYAN:  Governor, thank you for your leadership on this -- in this -- for this legislation and most importantly, thank you for signing it in just a moment or two.

GOVERNOR MURPHY:  Thank you.

SENATOR CRYAN:  And I want to thank some folks and the -- and then just tell you the

genesis as to how this bill came about, with the advocates and how we molded a bill that began in one area and became something much more important and much more -- much more greater for the sum of its parts.

I want to thank two folks who moved it out of their houses -- Senate President Steve Sweeney and Assembly Speaker Coughlin, and I want to thank Kevin Drennan from the Majority Office and Skip Ciminio from the Assembly Majority Office for their leadership on this.  We were able to get these bills on the same day coincided.  I thank them very much for that, and I'd be remiss if I didn't thank my Chief of Staff who helped coordinate all this, and that's Jessica Cohen over there.  I appreciate it, Jessica.  Thank you.

I have one other thank-you to say and -- and General, I know that the big guys do all the work, but once in a while we let the others, right?

ATTORNEY GENERAL GREWAL:  Right.

SENATOR CRYAN:  And one of them is Steve Finkel from your office who did an amazing job.  Stephan, thank you for your work here.  We -- we appreciate it.

So the genesis of this bill was, as Phil

was nice enough to mention, I -- I used to have the privilege of being the Union County Sheriff.  And one of my officers came into the office one day and sat down and said, "Look, you just got elected to the senate but you need to start thinking about this.  There are people here that can buy guns off the internet and people we deal with that can buy untraceable weapons," 80/20s is what he specifically talked about.

Then he sat down on the computer and in less than two minutes showed me how to buy an AR-15 unassembled that I could have, literally at that moment, if I wanted to, with my credit card.  I was flabbergasted, to tell you the truth.  I knew that we had issues in the Sheriff's Office over a variety of things, but perhaps the most important or most difficult is when we dealt with untraceable weapons in our crime scene unit and how important it is that any sort of clue or ability to fingerprint or lift anything we can from a crime scene.  Without the idea of a serial number was frightening to all.

And if you wonder, when we talk about untraceable, you get that, right?  That we don't have a serial number, we can't find out where it came from.  Think about for a moment -- and the

general mentioned it -- for those of you that have walked through an airport scanner or any building where you felt safer because you were scanned, imagine the person behind you has a weapon that is untraceable to that. And that's what we're talking about here. This affects every individual in the State of New Jersey, if not the country. You know, it's an important piece of the puzzle that the governor has taken so much of leadership on with the general and gun safety here in New Jersey and throughout the nation. When you think about that and put it in context, we realize the importance of today.

And with that in mind, we began with a bill that began with just 80/20s, internet sales. And thanks to the intervention of Bill Castner from the Governor's Office and others, we took a leadership role in amendment after amendment. This bill evolved, and which I think is -- is what makes legislation particularly -- particularly special. When you take an idea, you take the best ideas that you can, people willing to work with you, whether they're the leader of the state, the general of the state, or folks that come by in advocacy and say, "This is a better idea."

We could've had this bill done a couple months ago, but it wouldn't be the bill it is today. And for that, I say thank you to the advocates and a particular shout-out to Bill Castner for your work. I appreciate it very much.

I finally want to say this: If you don't know what a 3D printer is, just google it and take a look. You're not talking about buying a cartridge down at Staples. And if you watch it and actually watch videos of how one of these things can actually be made, what Cody Wilson wants for New Jersey and for this country -- which is stunning to me -- it is frightening to watch, and it is alarming to appreciate that people believe that somehow this is a free right in America to have an untraceable, undetectable weapon.

And whether it's for John, his amazing sister and his amazing brother and their safety and their generation's safety, or whether it's for our safety or your mom's and your dad's safety -- it's for everyone that, today, we sign this bill and, today, we make New Jersey a little bit safer. So I thank you very much. Thank you.

GOVERNOR MURPHY: Well said, Senator. Thank you, Joe, for that. I'll take a couple of

questions before we sign this one on the dotted line.  Please, Nick.

AUDIENCE:  I -- I believe the attorney general's cease and desist letter earlier this summer actually said that untraceable assault weapons were already illegal, and it's already illegal to possess it, so how does this law strike the matter of obtaining (inaudible)?

ATTORNEY GENERAL GREWAL:  Sure.  As I mentioned in my remarks, we were using the assault weapon law to target those ghost gun manufacturers because we didn't have a law directly on point outlawing ghost guns, as this law does, that the buying of these parts of these partially completed guns is unlawful, so we were using another tool that we had.  Now we have a tool directly on point to go after future manufacturers or people who are still persisting in marketing these products into New Jersey.

AUDIENCE:  Did you name those manufacturers (inaudible)?

ATTORNEY GENERAL GREWAL:  So the -- we sent, I -- I believe about seven or eight cease and desist letters this -- earlier this summer.  I'm not going to name them because like I mentioned in

my remarks, some had complied, others have not.  I don't want to flag the particular companies who we're still investigating at this point, by naming them.

GOVERNOR MURPHY:  I think the point you make is a good one.  You could've cobbled this together, but this, thanks to Joe's leadership and the other sponsors, this is a -- a -- a precision shot into this type of gun and that's what makes it important.  Please.

AUDIENCE:  Governor, a question on another topic.  Do you want me to wait?

GOVERNOR MURPHY:  You're kidding?  Any other -- I'll come back to you.  Any other gun safety questions?  Anybody?  Please.

AUDIENCE:  Senate President Steve Sweeney was with the Association of CPAs this morning.  He was talking about a couple of different things, including --

GOVERNOR MURPHY:  The Association of CPAs?  Okay.

AUDIENCE:  CPAs.  And he was discussing what was going on with the marijuana legislation and why it hasn't gone through yet, and one of the things he's talked about was the fact

that there is differing opinions about how much tax should be charged for recreational marijuana.  He said he wouldn't go higher than 12 percent.  I was wondering, Governor, obviously, you have a lot of input into this as it's moving forward.  What's your feeling about this?  Is there any agreement on the horizon?  What kind of -- should the towns get a cut and piece of the action, in terms of the tax and where are we right now?

GOVERNOR MURPHY:  So, I -- I won't get into the specifics of it because I would not normally do that with a piece of legislation that's evolving, and I've not married myself to a particular tax rate.  The -- the key, I think, is just as in sports betting, which by the way, is booming and may it continue to do so, even when the NFL is not in season -- you want to have a rate to the consumer that allows you to eliminate, as best you can, the black market.  And that's the key here.

So I'm not sure I -- I -- I'm not sure where the senate president gets that particular number.  I don't begrudge him that, by the way, I just have not married myself to a number.  I'm going to defer to experts on this who have looked at how -- how it's evolved in other states, in particular

where the -- as -- as I've said many times and I don't use marijuana -- I'm sure as heck glad we're not state number one.  I want to do it; I want to do it for the social justice reasons, but I want to do it right.

AUDIENCE:  Could I just follow, sir?

GOVERNOR MURPHY:  Real quick, yeah.

AUDIENCE:  With -- with regard to the black market, he expressed the same concerns you're talking about.

GOVERNOR MURPHY:  Yep.

AUDIENCE:  That you don't want to push people that way.  In your mind, is there any kind of a figure where that would happen or --

GOVERNOR MURPHY:  I -- I don't have a --

AUDIENCE:  -- (inaudible) make sure that --

GOVERNOR MURPHY:  -- don't have a specific number for you, but I share the same passion that you want to -- it -- it's best -- you know, why are we doing this?  We're doing this because we have the widest white/non-white gap of persons incarcerated in America.  It's not the only reason but a big reason is low-end drug crime.  So

let's start with that and we -- by the way we've got to have -- and I think we all agree on this -- we've got to have a lookback provision that mirrors what -- what it is that we're ultimately going to legalize.

Secondly, we want to take the business out of the hands of the bad guys.  Thirdly, we want to protect our kids.  We want to regulate it, and lastly, if we can make a few bucks on it, I'm -- count me -- count me in for that.

David?

AUDIENCE:  Governor, the Special Committee on Investigations held their first meeting today.  There has been some concern expressed by some in your administration and others -- concern about this becoming an unwieldy process and the committee looking into areas that are not necessarily part of their initial charge.  Are you concerned that this could turn into some fishing expedition?

GOVERNOR MURPHY:  You know, I'm -- I'm -- I'm -- I'm in the same place I've been -- Gurbir and I were in the Blue Mass, I think, when they met this morning, so I haven't -- I haven't really taken any time to see what -- what the

proceedings looked like.  I respect the processes that we've put in place.  One is with a former member of the supreme court, former chief counsel, former chief of staff who's doing an investigation, figuring out how the heck this happened.

Secondly, inside of government process led by Mampta Patel (phonetic) to look at.  You know, we think we've got good laws and policies around EEO and other matters, but, you know what, we can be better.  We know and we must be better.  So, she's leading a process on that respect and the attorney general is leading the more holistic process.  At the end of the day, the one that's probably going to have the most impact on a going-forward basis, particular for survivors, and that is how can New Jersey be the best in class in our entire country if something like this awful happens to somebody.

So I respect those processes.  I have no reason not to respect the legislative process.  I think the -- the guidelines the -- this sort of the benchmarks for all of us to keep in mind are:  One, is we stand with survivors.  Two, we can't let politics get into this at all.  This has got to be calling balls and strikes.  And thirdly, it's got to be a whole of government.  We got to -- all of us,

as I said a couple weeks ago -- we're looking in the mirror and it, at times, that can be very uncomfortable.  And I just want to make sure that we're all going to look in the mirror together.

Please.  Maybe one more.

AUDIENCE:  Yes.  And in regards to last night's shooting, how will, you know, how will (inaudible) be address PTSD, you know, mental illness or (inaudible)?

GOVERNOR MURPHY:  Yeah, I'm not -- I'm not familiar with the details and as to whether or not that was a causal factor but I will say this: One of the things that I'm proud we've done -- away from -- so let -- let me just stipulate.  We want to be the number one state in the nation as it relates to commonsense gun safety laws.  And we think there's no reason we -- we can't be that and still respect the Second Amendment.  So I find those arguments to be completely unpersuasive and obviously, we're going to sign, in a minute, another piece toward that end.

I'm very proud that we, very early on in our administration, opened up the medical marijuana regime.  And I hope through legislation we could continue to open it up.  And you're already seeing

thousands of more people qualified, the stigma associated with physicians reducing, and PTSD is one of the -- one of the list of maladies that is on there and that's a big deal. We -- as soon as I -- almost as soon as we had signed that executive order, a guy walked up to me in a diner in East Newark and said, "You've just changed my life." So I think it's -- a lot of the things that New Jersey does well but we all need to, again, continue to look in the mirror and ask ourselves, "How can we even be better?" particularly with our veterans.

You know, we just continue to, as a country, and I -- I think we do a good job, but we must do a much better job in our state with veterans as it relates to mental health, healthcare generally, jobs, housing and homelessness. Again, relative to other states, I'm proud of where we are but we're not where we need to be.

I think with that, we're going to turn to the table, invite our distinguished guests in the front row to come on up and join us, and let's sign this. Thank you-all.

Give you the money shot here. I've got my glasses.

Okay.

Pen number one is the one and only, John Resik.  Come on, man.

Attorney General Gurbir Grewal.  Thanks, man.  Bless you.

Senator Joe Cryan.  God bless you, Joe. (Inaudible.)

The Senator Shirley Turner from the house.

Assemblywoman Verlina Reynolds-Jackson. Verlina, where are you?

Assemblyman Anthony Verelli.  (Inaudible.)

And last but not least, County Executive (inaudible) Brian Hughes.

MR. HUGHES:  Anything you want to call me, Joe.

GOVERNOR MURPHY:  Love you, buddy. Congratulations.

This is now effective -- by the way, this law is effective immediately.  It's the law of the land.  Only I'm a man who (inaudible).  Thank you all, so much, for coming up.

(End of Proceedings.)

CERTIFICATION

TO THE AUDIO TRANSCRIPTION OF

RECORDED AUDIO OF

GOVERNOR SIGNS GHOST BILL


          I, DONNETTE COWGILL, do hereby

certify that I have listened to and transcribed the

above-referenced audio to the best of my ability.

          I FURTHER CERTIFY that the foregoing

pages comprise a true and correct computer

transcription by me of said audio.

          Subscribed and sworn to by me on this

the 8th day of November, 2018.


_____

                Donnette Cowgill




Lexitas – Firm Registration No. 95

13101 Northwest Freeway, Suite 210

Houston, TX 77040

(281) 469-5580