IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DEFENSE DISTRIBUTED and SECOND AMENDMENT FOUNDATION, INC., | § § § | |
| Plaintiffs, | § § | No. 1:18-cv-637-RP |
| v. | § § | |
| U.S. DEPARTMENT OF STATE, ANTHONY BLINKEN, in his official capacity as Secretary of State; DIRECTORATE OF DEFENSE TRADE CONTROLS; MIKE MILLER, in his official capacity as Deputy Assistant Secretary of Defense Trade Controls; SARAH HEIDEMA, in her official capacity as Director of Policy, Office of Defense Trade Controls Policy, | § § § § § § § § § | NOTICE OF AUTHORITY |
| Defendants. | § | |

## NOTICE OF AUTHORITY

Defendants provide notice that on June 1, 2021, the following Federal Register Notices were published: *Control of Firearms, Guns, Ammunition and Related Articles the President Determines No Longer Warrant Control Under the United States Munitions List (USML); Notifying the Public of the Transfer of Jurisdiction of Certain Technology and Software as a Result of a Vacated March 6, 2020 Injunction*, 86 Fed. Reg. 29189 (June 1, 2021) (Commerce Notice), Ex. A; *International Traffic in Arms Regulations: U.S. Munitions List Categories; Preliminary Injunction Vacated by a Federal Court of Appeals*, 86 Fed. Reg. 29196 (June 1, 2021) (State Notice), Ex. B.  These notices were filed and made available for public inspection on May 27, 2021 at 4:15 p.m.

Dated: June 4, 2021                                   Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division

ANTHONY J. COPPOLINO
Deputy Branch Director

1

Federal Programs Branch

<u>/s/ Lisa Newman</u>
Lisa Newman
Zachary A. Avallone
Michael Knapp
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 514-5578
Fax: (202) 616-8470
Email: lisa.n.newman@usdoj.gov

*Attorneys for U.S. Government Defendants*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was served on the other parties to this action and their counsel of record through electronic filing in the Court's ECF system on June 4, 2021.

<u>/s/ Lisa Newman</u>
Lisa Newman