IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DEFENSE DISTRIBUTED and SECOND AMENDMENT FOUNDATION, INC., | § § § § | Case No. 1:18-cv-637-RP |
| Plaintiffs, | § § | |
| v. | § § | Plaintiffs' Notice of Withdrawal of Plaintiffs' Motion for a Preliminary Injunction |
| UNITED STATES DEPARTMENT OF STATE, MICHAEL R. POMPEO, in his official capacity as Secretary of State; DIRECTORATE OF DEFENSE TRADE CONTROLS; MIKE MILLER, in his official capacity as Acting Deputy Assistant Secretary of Defense Trade Controls; SARAH HEIDEMA, in her official capacity as Director of Policy, Office of Defense Trade Controls Policy, | § § § § § § § § § § § | |
| and | § § | |
| GURBIR GREWAL, Attorney General of the State of New Jersey | § § § § | |
| Defendants. | § § | |

Plaintiffs Defense Distributed and the Second Amendment Foundation, Inc. withdraw their motion for a preliminary injunction against the State Department, Dkt. 152, in light of materially changed circumstances, reserving the right to seek the same or similar relief again in the future if circumstances so require. The Court therefore need not perform any inquiry as to the State Department's suggestion of mootness regarding this motion, Dkt. 159. Plaintiffs will respond to the State Department's motion to dismiss the case, Dkt. 162, separately in due course.

| | |
|---|---|
| June 23, 2021 | Respectfully submitted, |

BECK REDDEN LLP
By /s/ Chad Flores
Chad Flores
cflores@beckredden.com
Texas Bar No. 24059759
Daniel Nightingale
dhammond@beckredden.com
Texas Bar No. 24098886
Hannah Roblyer
hroblyer@beckredden.com
Texas Bar No. 24106356
1221 McKinney Street, Suite 4500
Houston, TX 77010
(713) 951-3700 | (713) 952-3720 (fax)

CLARK HILL PLC
Matthew A Goldstein
mgoldstein@clarkhill.com
D.C. Bar No. 975000
1001 Pennsylvania Avenue Northwest
Suite 1300 South
Washington, DC 20004
(202) 550-0040 | 202-552-2371 (fax)

Josh Blackman
joshblackman@gmail.com
Texas Bar No. 24118169
1303 San Jacinto Street
Houston, TX 77002
(202) 294-9003 | (713) 646-1766 (fax)

Attorneys for Plaintiffs Defense Distributed
and Second Amendment Foundation, Inc.

## CERTIFICATE OF SERVICE

I certify that a copy of this filing was served on all parties and/or their counsel of record through a manner authorized by Federal Rule of Civil Procedure 5(b) on June 23, 2020.

/s/ Chad Flores
Chad Flores