IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DEFENSE DISTRIBUTED and SECOND AMENDMENT FOUNDATION, INC., <br><br>　　　　Plaintiffs, <br><br>v. <br><br>ANDREW J. BRUCK, *Acting Attorney General of New Jersey, in his official and individual capacities*, et al., <br><br>　　　　Defendants. | § § § § § § § § § § § § § § | 1:18-CV-637-RP |

## ORDER

Before the Court is the Judgment and Mandate of the United States Court of Appeals for the Fifth Circuit remanding Plaintiffs' Notice of Appeal, (Dkt. 146). (Judgment, Dkt. 171).

Pursuant to the Fifth Circuit Judgment, **IT IS ORDERED** that the Court's April 19, 2021, Order, (Dkt. 145), severing Defense Distributed's claims against the New Jersey Attorney General and transferring them to the United States District Court for the District of New Jersey, is **VACATED**.

Additionally, pursuant to the Fifth Circuit's Judgment, the Court requests the District of New Jersey to return the transferred case to the Western District of Texas, Austin Division, to be reconsolidated with this matter.

**SIGNED** on April 13, 2022.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE