IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DEFENSE DISTRIBUTED and SECOND AMENDMENT FOUNDATION, INC., Plaintiffs, | § § § § | Case No. 1:18-CV-637 |
| v. | § § § | |
| UNITED STATES DEPARTMENT OF STATE, ANTONY J. BLINKEN, in his official capacity as Secretary of State; DIRECTORATE OF DEFENSE TRADE CONTROLS; MIKE MILLER, in his official capacity as Acting Deputy Assistant Secretary of Defense Trade Controls; SARAH HEIDEMA, in her official capacity as Director of Policy, Office of Defense Trade Controls Policy, | § § § § § § § § § § § | Plaintiffs' Notice of Appeal |
| and | § § | |
| MATTHEW J. PLATKIN, Acting Attorney General of the State of New Jersey Defendants. | § § § § | |

    Defense Distributed and the Second Amendment Foundation, Inc. appeal to the United States Court of Appeals for the Fifth Circuit from the Order entered as Document 176 on July 22, 2022.  By order of the Fifth Circuit, this appeal and any other "future requests for appellate relief shall be directed to the panel consisting of Judges JONES, ELROD, and HIGGINSON."  Order, *Defense Distributed v. Grewal*, No. 19-50723 (Sept. 11, 2020) (per curiam) (Exhibit A).

1

Date: July 25, 2022.            Respectfully submitted,

BECK REDDEN LLP

By    */s/ Chad Flores*
       Chad Flores
       cflores@beckredden.com
       State Bar No. 24059759
1221 McKinney St., Suite 4500
Houston, TX 77010
(713) 951-3700 | (713) 952-3720 (fax)

CLARK HILL PLC
Matthew A Goldstein
mgoldstein@clarkhill.com
D.C. Bar No. 975000
1001 Pennsylvania Avenue Northwest
Suite 1300 South
Washington, DC 20004
(202) 550-0040 | 202-552-2371 (fax)

Josh Blackman
joshblackman@gmail.com
Texas Bar No. 24118169
1303 San Jacinto Street
Houston, TX 77002
(202) 294-9003 | (713) 646-1766 (fax)

Attorneys for Plaintiffs Defense Distributed and Second Amendment Foundation, Inc.

**Certificate of Service**

    I certify that a copy of this filing was served on all parties and/or their counsel of record through a manner authorized by Federal Rule of Civil Procedure 5(b) on July 25, 2022.

          */s/ Chad Flores*
          Chad Flores